

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                                                                                      |     |                        |
| ------------------------------------------------------------------------------------ | --- | ---------------------- |
|                                                                                      | §   |                        |
| IN THE MATTER OF THE GUARDIANSHIP OF LYNNE SHIRLEY PAXTON, AND INCAPACITATED PERSON, | §   | No. 08-14-00311-CV     |
|                                                                                      | §   | Appeal from the        |
|                                                                                      | §   | Probate Court No. 2    |
| Appellant.                                                                           | §   | of El Paso County, Texas |
|                                                                                      | §   | (TC# 2010-G00204-A )   |
|                                                                                      | §   |                        |

## O R D E R

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **September 16, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Joseph L. Hood, Jr., the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before September 16, 2015.

IT IS SO ORDERED this 18th day of August, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.